December 13, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

AMY CHANG, CPA, Appellant

NO. 14-16-00805-CV                    V.

YONG LIN AND WIFE, XUEFANG YANG, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on September 12, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Amy Chang, CPA.

We further order this decision certified below for observance.